UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:
   DANIEL A SZYMCZAK

         Debtor
   SSN XXX-XX-7053

CASE NO. 04 B 01974

CHAPTER 13

JUDGE: A. BENJAMIN GOLDGAR

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1.  The case was filed on 01/20/04 and confirmed on 03/26/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 27909.69 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ILLINOIS DEPT REVENUE | UNSECURED | 3037.25 | .00 | 725.41 |
| INTERNAL REVENUE SERVICE | PRIORITY | 15224.08 | .00 | 15224.08 |
| AMERICAN CASH N GO | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 446.14 | .00 | 106.56 |
| AMERICASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| SBC BANKRUPTCY DESK | UNSECURED | 442.11 | .00 | 105.59 |
| ASSOCIATED NEUROLOGY | UNSECURED | NOT FILED | .00 | .00 |
| AT & T | UNSECURED | NOT FILED | .00 | .00 |
| AT&T BROADBAND | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 697.96 | .00 | 166.70 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CERTIGY CHECK SRV | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO | UNSECURED | NOT FILED | .00 | .00 |
| TRS RECOVERY SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| EMERGE MASTERCARD | UNSECURED | NOT FILED | .00 | .00 |
| CERTIGY CHECK SRV | UNSECURED | NOT FILED | .00 | .00 |
| CERTIGY CHECK SRV | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1016.76 | .00 | 242.84 |
| FIRST NATIONAL BANK MARI | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIRST NATIONAL BANK MARI | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| CERTIGY CHECK SRV | UNSECURED | NOT FILED | .00 | .00 |
| CERTIGY CHECK SRV | UNSECURED | NOT FILED | .00 | .00 |
| GREAT LAKES CREDIT UNION | SPECIAL CLASS | NOT FILED | .00 | .00 |
| GREAT LAKES CREDIT UNION | SPECIAL CLASS | NOT FILED | .00 | .00 |
| TELECHECK | UNSECURED | NOT FILED | .00 | .00 |

```
TELECHECK                      UNSECURED     NOT FILED              .00              .00
ECAST SETTLEMENT CORPORA       UNSECURED        929.70              .00           222.05
HSBC                           UNSECURED     NOT FILED              .00              .00
NICOR GAS                      UNSECURED        394.88              .00            94.31
ORCHARD BANK                   UNSECURED     NOT FILED              .00              .00
PAYDAY LOAN                    UNSECURED     NOT FILED              .00              .00
PREMIER BANKCARD/CHARTER       UNSECURED     NOT FILED              .00              .00
ECAST SETTLEMENT CORPORA       UNSECURED        537.70              .00           128.42
RONI LYNN DEUTCH               UNSECURED     NOT FILED              .00              .00
SBC AMERITECH                  UNSECURED     NOT FILED              .00              .00
TCF BANK                       UNSECURED     NOT FILED              .00              .00
ERS                            UNSECURED     NOT FILED              .00              .00
INTERNAL REVENUE SERVICE       UNSECURED       4876.46              .00          1164.68
MAX RECOVERY INC               UNSECURED       3275.28              .00           782.26
MAX RECOVERY INC               UNSECURED      15731.21              .00          3757.21
MAX RECOVERY INC               UNSECURED       5533.63              .00          1321.64
          Summary of disbursements:
          ------------------------------------------------------------------------------

                     SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
          ------------------------------------------------------------------------------

TOTAL CLMS ALLOWED       .00     15224.08     36919.08         .00     52143.16
PRINCIPAL PAID           .00     15224.08      8817.67         .00     24041.75
INTEREST PAID            .00          .00           .00        .00          .00
TOTAL PAID               .00     15224.08      8817.67         .00     24041.75
```

The Debtor's attorney, DAVID M SIEGEL                  , was allowed $  2700.00
and was paid $    456.00  direct and $   2244.00  through the plan.

The Trustee received $   1214.25 .

Refunds to the Debtor totaled $    409.69 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 01/13/09                    /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE

```
                        PAGE  3
    CASE NO. 04 B 01974 DANIEL A SZYMCZAK
```